AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ANDERSON/GREENWOOD DIVISION

Rachel M. Evans,

      vs.

Jo Anne B. Barnhart,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

Case Number: 8:05-03166-GRA

[]      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[]      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]      **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

      **IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Commissioner under sentence four, 42 U.S.C. § 405(g) for further proceedings.

LARRY W. PROPES, Clerk

February 7, 2007

BY _Dianne Napier_
    Deputy Clerk