UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Rachel M. Evans, ) | |
| ) | C/A No. 8:05-3166-GRA-BHH |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | (Written Opinion) |
| Michael J. Astrue, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff's attorney petitions this Court for an award of attorney's fees in the above-captioned case pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Plaintiff's attorney seeks $4,950.69 in attorney's fees for 30.8 hours at $163.12 per hour, and $12.00 in costs. The government filed a response in support of the petition for attorney's fees.

After a review of the record, Plaintiff's attorney's petition, and the government's response thereto, this Court finds that an award of attorney's fees in the amount requested is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's attorney be awarded four thousand, nine hundred fifty dollars and sixty-nine cents ($4,950.69) in attorney's fees and twelve dollars ($12.00) in costs.

IT IS SO ORDERED.

1

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

June 20, 2007

Anderson, South Carolina